

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 06 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **WILLIE JAMES ROBERSON** | : | **DOCKET NO. 07-0884** |
| VS. | : | **JUDGE WALTER** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | : | **MAGISTRATE JUDGE HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's suit be, and it is hereby DISMISSED, WITHOUT PREJUDICE. LR 41.3W, Fed.R.Civ.P. 4(m).

THUS DONE AND SIGNED this 6 day of March, 2008, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION